IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER JARAMILLO GALLAGA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-19-440 |
| | § | |
| JOSE ROBERTO ZAVALA RAMIREZ, | § | |
| | § | |
| Respondents. | § | |

## ORDER

On February 6, 2019, Jennifer Jaramillo Gallaga filed a petition against Jose Roberto Zavala Ramirez under the Convention on the Civil Aspects of International Child Abduction and the International Child Abduction Remedies Act, seeking an order that her daughter be returned to Mexico from the United States. (Docket Entry No. 1). On March 18, 2019, the court held an initial conference, ordering as follows:

- The parties and counsel must appear for an evidentiary hearing on **April 22, 2019, at 3:00 p.m.** in Courtroom 11-B, United States Courthouse, 515 Rusk Street, Houston, Texas 77002;

- Mr. Ramirez must obtain legal counsel, who must make an appearance, before the hearing;

- Mr. Ramirez must make the child available for a Skype telephone call with Mrs. Gallaga between **6:00 p.m. and 7:00 p.m. (Central Standard Time) everyday**;

- Mr. Ramirez must send by email the child's school and teacher report records to Mrs. Gallaga's counsel no later than **March 29, 2019**, and must send any school and teacher report records received in the future within 24 hours of receipt; and

- Mr. Ramirez must send by email the child's medical records to Mrs. Gallaga's counsel no later than **March 29, 2019**, and must send any medical records received in the future within 24 hours of receipt.

SIGNED on March 21, 2019, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge